# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-CV-22204-MGC

CITY OF MIAMI GARDENS,
a Florida municipal corporation,

      Plaintiff,

v.

CITIGROUP INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITI HOLDINGS, INC.; and CITICORP TRUST BANK, FSB,

      Defendants.

## PLAINTIFF'S NOTICE OF RECENT DECISION

Plaintiff, City of Miami Gardens (the "City") submits this Statement of Recent Decision regarding the August 26, 2020 published opinion (the "Opinion") issued by the United States Court of Appeals for the Ninth Circuit in the matter of *City of Oakland v. Wells Fargo, et al.*, 972 F.3d 1112. [A true and correct copy of the Opinion is appended hereto as Exhibit A.]

Notably, the Ninth Circuit unanimously affirmed the order issued by the District Court for the Northern District of California denying Defendants' Wells Fargo & Company and Wells Fargo Bank, N.A. (collectively, "Wells Fargo")'s motion to dismiss Oakland's clams for lost property-tax revenues, holding that Oakland had sufficiently pleaded proximate cause to support its injury claims. The Ninth Circuit further affirmed the District Court's grant of Wells Fargo's motion to dismiss as to Oakland's claims for increased municipal expenses (which are not at issue in the instant lawsuit), and reversed the District Court's determination that there was no proximate cause requirement for Oakland's claims for declaratory and injunctive relief and

remanded the proximate cause issue on that relief to the District Court for a determination in accordance with the analysis in this Opinion. The City also notes that Wells Fargo filed a petition for rehearing and rehearing *en banc* on October 9, 2020. The City of Oakland filed a response to that petition on November 3, 2020. The petition remains pending.

Dated:  December 11, 2020  Respectfully Submitted,

<div style="margin-left: 3em;">

*/s/ D. Porpoise Evans*
D. Porpoise Evans, Fla. Bar No. 576883
*evans@wsh-law.com*
WEISS SEROTA HELMAN COLE + BIERMAN, P.L.
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
Telephone: (305) 854-0800

Sonja Dickens (Florida Bar No. 40045)
*sdickens@miamigardens-fl.gov*
CITY OF MIAMI GARDENS
OFFICE OF THE CITY ATTORNEY
18605 NW 27th Avenue
Miami Gardens, FL 33056
Telephone: (305) 622-8055

Robert Peck (*pro hac vice*)
*robert.peck@cclfirm.com*
CENTER FOR CONSTITUTIONAL LITIGATION, P.C.
2117 Leroy Place, N.W.
Washington, DC 20008
Telephone: (202) 944-2874

Joel Liberson (*pro hac vice*)
*joel@taresources.com*
TRIAL & APPELLATE RESOURCES, P.C.
3635 Torrance Blvd., 3d Floor
Torrance, CA 90503
Telephone: (917) 848-3218

Erwin Chemerinsky (*pro hac vice*)
SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731
*echemerinsky@law.berkeley.edu*

</div>

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of *Plaintiff Miami Gardens' Notice of Recent Decision* were served on December 11, 2020 via CM/ECF on all counsel or parties of record.

<div style="text-align:right">

*/s/ D. Porpoise Evans*
D. Porpoise Evans

</div>